**Exhibit A to the Complaint**

**Location:** Edgewater, NJ  **IP Address:** 173.63.148.25
**Total Works Infringed:** 64  **ISP:** Verizon Fios

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | 04/01/2019 12:26:04 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 2 | 039F4779148D3E374D990283A83AC46A0219DAE9 | 12/02/2018 20:17:43 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 3 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | 11/12/2018 14:28:58 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 4 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 12/06/2018 12:44:33 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 5 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 11/12/2018 14:20:31 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 6 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | 01/27/2019 16:28:37 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 7 | 0ED1618079E29D4BB708465328D67B227B1AA795 | 03/06/2019 05:05:53 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 8 | 1E77F001441EAADCAC10AABA810AD0D31AD6E667 | 01/31/2019 23:53:20 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 9 | 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 | 11/17/2018 00:01:47 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 10 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | 03/02/2019 18:39:34 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 11 | 24CF82C187246B1723490FB9EFC5E01D7758605F | 02/27/2019 00:29:04 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 12 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | 11/12/2018 14:32:41 | Blacked Raw | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 13 | 29621CA532A7BD64D232F17955C35B616D10455F | 12/02/2018 19:50:06 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 14 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | 04/01/2019 12:04:35 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 15 | 2F83CE09B1F20BE375C20F1028CD3FBEF3813FDE | 02/27/2019 00:29:19 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 16 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | 11/12/2018 14:25:41 | Blacked Raw | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 17 | 37049FE5D620BB361D281D29030B98EBB4054849 | 12/27/2018 19:39:56 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 37D38998A3BFB62194504F56389C38E08095EA1E | 01/27/2019 16:21:05 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 19 | 40D1CC2004FC74FD3FDDC2D25D7F91EF6B019ACA | 12/18/2018 13:30:37 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 20 | 41B3EC2D6CD45BBF85051632D43E36BAA7523668 | 12/18/2018 15:15:48 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 21 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 12/08/2018 19:49:51 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 22 | 45A3934BE0C445FF3329D7577E3DCDAD5D94CE27 | 01/31/2019 23:48:03 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 23 | 498C38E65A191A26E153A7D80BCFBCA20069BDFD | 02/16/2019 18:37:59 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 24 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 11/13/2018 02:59:41 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 25 | 4B3C7DF81586807F6E0CD282A0187A3DECEAB3EA | 12/27/2018 18:53:38 | Vixen | 07/03/2017 | 07/07/2017 | PA0002070827 |
| 26 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | 11/13/2018 02:55:40 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 27 | 57BBB80AED3E055F83E45EE572D653D374C1683E | 01/08/2019 12:57:21 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 28 | 57C029A56E8122ED874AE64E5375543F8A614A97 | 01/06/2019 04:57:38 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 29 | 5C208E2ABF6083135CA52776A02D87442F215D60 | 12/02/2018 20:08:31 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 30 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 03/06/2019 05:00:06 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 31 | 5EAC6C1CDC393A3CF4F6CA3E3DF0BCA616685271 | 11/05/2018 01:02:51 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 32 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 12/08/2018 17:34:20 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 33 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | 02/05/2019 00:15:18 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 34 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | 01/13/2019 14:41:45 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 35 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 02/16/2019 18:38:58 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 36 | 729F4F046005EFDCD2954C73FC9786EA9522F034 | 02/05/2019 00:12:15 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | 11/12/2018 14:58:23 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 38 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | 03/06/2019 04:57:29 | Blacked Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 39 | 9120E2A8E977D1DAAC00A11CC841857FA40774B8 | 03/06/2019 04:48:21 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 40 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | 11/12/2018 14:18:01 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 41 | 9E3C6304641675CE89BFDE30CF4C2ED6BD050625 | 12/27/2018 20:48:06 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 42 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 11/12/2018 13:52:39 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 43 | A697DE308520A74A35929A48D834E6A10747F054 | 12/08/2018 17:46:22 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 44 | AA99615AE6C723CB3050DAC4D48D914E6D5CC02F | 11/12/2018 13:53:11 | Blacked Raw | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 45 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 11/13/2018 00:33:13 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 46 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | 11/12/2018 14:54:27 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 47 | B72D3C77D269B4C27197B79F5D0E68B4E1A7E096 | 03/06/2019 04:53:39 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 48 | BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97 | 03/06/2019 04:52:09 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 49 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | 11/17/2018 00:02:41 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 50 | C2D663FC6711796FD69889CB39895E810ADC6938 | 11/17/2018 00:09:31 | Blacked Raw | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 51 | D7D96219F75CB298E2C1029F953017860E5C1004 | 11/12/2018 19:05:46 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 52 | DBF89243B25C2DFB59CC09D7ECB0C00AF1A5DA34 | 03/06/2019 04:46:49 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 53 | E0805C7C54BD9B9777F151B670B78A4D50290951 | 11/12/2018 15:38:37 | Blacked | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 54 | E429ECEA3CC731EE2C160A6E4D77991FECDF8897 | 11/13/2018 06:53:03 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |
| 55 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | 11/12/2018 14:37:43 | Blacked | 04/05/2018 | 04/17/2018 | PA0002116752 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | ED8968BEA866D8B50F138D7CCA2C7E27E71CA48B | 03/06/2019 04:47:19 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 57 | EE4E2D333BE36AA0973EFF24E5752B93B6A9CC70 | 03/06/2019 04:57:10 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 58 | EF24A6296C766ADC29435DE3AC5F6C4A04664236 | 01/06/2019 03:16:53 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 59 | F2BB8E56A085BD28AA2B32F33315A600A314106B | 02/01/2019 01:19:13 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 60 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 01/27/2019 16:36:00 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 61 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | 11/12/2018 14:28:28 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 62 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 02/05/2019 00:08:12 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 63 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | 11/13/2018 03:25:16 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 64 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 11/12/2018 20:15:39 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |