**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 285-3239 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 173.63.148.25,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-10252-KM-MAH<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by Leslie A. Farber, Esq., on behalf of Defendant John Doe subscriber assigned IP address 24.0.13.70 ("Defendant"), on a Motion to Quash, or in the Alternative, to Proceed Anonymously and For a Protective Order; it appearing that Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), through its counsel, John C. Atkin, Esq., opposes the motion to quash, but consents to the entry of a protective order; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this _____ day of _____, 2019,

**ORDERED** that Defendant's Motion to Quash Plaintiff's Subpoena to Verizon, or in the Alternative, to Proceed Anonymously and For a Protective Order [ECF No. 6] is GRANTED IN PART and DENIED IN PART;

**IT IS FURTHER ORDERED** that Defendant's motion to quash the subpoena on Verizon is DENIED;

**IT IS FURTHER ORDERED** that Defendant's motion for a protective order is GRANTED; and

**IT IS FURTHER ORDERED** that:

1. Defendant shall be allowed to proceed anonymously, as a "John Doe" in this matter unless and until this Court orders otherwise;

2. Plaintiff shall refrain from naming or identifying Defendant on the public record (except if under seal) and shall not disclose the identity and contact information of Defendant or of his/her immediate family on the public record; and

3. Defendant shall submit his or her name and address to this Court under seal.

By: _____
The Honorable Michael A. Hammer
United States Magistrate Judge

X   Opposed
☐   Unopposed